IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KEVIN JAMES KOHUTE, | § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO. 1:24-CV-00111-MJT-ZJH |
| v. | § § | |
| DOW CORPORATE HEADQUARTERS, | § § § | |
| *Defendant*. | § § | JUDGE MICHAEL TRUNCALE |
| | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On March 25, 2024, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management.  [Dkt. 1].  On May 9, 2024, Judge Hawthorn issued a Report and Recommendation recommending that pro se Plaintiff Kevin James Kohute's complaint should be dismissed without prejudice for want of prosecution under FED. R. CIV. P. 41(b) and Eastern District of Texas Local Rule CV-11(d).  [Dkt. 4].  Neither party has filed objections to Judge Hawthorn's Report and Recommendation, and the time for doing so has passed.

It is, therefore, ORDERED that Judge Hawthorn's Report and Recommendation dismissing Plaintiff Kevin James Kohute's complaint [Dkt. 4] is ADOPTED.  Plaintiff's complaint [Dkt. 1] is therefore DISMISSED WITHOUT PREJUDICE.  The Court will issue a Final Judgment separately.

**SIGNED this 30th day of May, 2024.**

_____
Michael J. Truncale
United States District Judge